THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PATRICK O'RAFFERTY, Appellant.

Submitted January 14, 1946; decided January 18, 1946.

*Patrick O'Rafferty,* in person, for motion.

*Frank S. Hogan, District Attorney (Whitman Knapp* of counsel), opposed.

Motion dismissed upon the ground that no appeal lies either to the Appellate Division or to the Court of Appeals from a determination upon a writ of error *coram nobis* made by the court which rendered the original judgment as no such appeal is provided for in the Code of Criminal Procedure. (*People* v. *Gersewitz,* 294 N. Y. 163.)

In the Matter of the Will of THEODORE O. HAMLIN, Deceased.
AMERICAN BIBLE SOCIETY et al., Appellants; ESTHER H. COVILL, Respondent.

Argued January 7, 1946; decided January 24, 1946.

*J. Sawyer Fitch* and *Hamilton C. Griswold* for appellants. *Andrew L. Gilman* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

SYRACUSE GRADE CROSSING COMMISSION, Appellant and Respondent, *v.* M. A. WELLIN OIL COMPANY, INC., et al., Respondents and Appellants.

Argued January 7, 1946; decided January 24, 1946.

